IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TABITHA HAYDEN, as personal representative, of BRIAN HAYDEN, </br></br>    Plaintiff, </br></br> v. </br></br> UNITED STATES OF AMERICA. </br></br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) No. 15-CV-133-JHP |

## COMPLAINT

Plaintiff, for cause of action against Defendant, states:

(1) Plaintiff is an Oklahoma Citizen. Defendant is a Federal entity.

(2) Plaintiff's husband, Brian Hayden, was fatally injured in an car wreck, near Soper, Oklahoma, in Choctaw County, when defendant's employee negligently (a member of the Choctaw Tribal Police) collided with Hayden's police vehicle causing a fatal injury.

(3) Plaintiff's decedent sustained injury, lost and will lose earnings, incurred medical bills, and suffered pain and died as a result of his injuries. Plaintiff suffered grief and cost support and services.

(4) Plaintiff elects to have this case heard in Oklahoma.

WHEREFORE, Plaintiff prays judgment against Defendant for $4.5 million.

s/Rex Travis, # 9081</br>
REX TRAVIS, OBA #9081</br>
rextravis@travislawoffice.com</br>
PO BOX 1336</br>
Oklahoma City, OK 73101-1336</br>
Telephone: (405) 236-5400</br>
Facsimile: (405) 236-5499</br>
Attorneys for Plaintiff

**Attorneys lien claimed**